# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL COMERY

NO. 2019 KW 1229

DEC 0 6 2019

---

In Re:     Michael Comery, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 27,624.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**   This application appears to be a motion requesting leave to file an out-of-time writ application in this court in the first instance.   There is no indication the motion has been filed in the district court.   Therefore, this writ presents nothing for this court to review.   Relator should first seek relief in the district court.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT